# VAN SANT TRUST COMPANY (NOW NAMED ST. PAUL TRUST & SAVINGS BANK) v. H. H. HAMILTON AND OTHERS.[1]

April 11, 1924.

No. 23,760.

**Case followed.**

Action in the district court for Ramsey county to foreclose a mortgage. The case was tried before Michael, J., who made findings and ordered judgment in favor of plaintiff subject to the lien of defendants Lindholm and Capital City Lumber Company. From the judgment entered pursuant to the order for judgment, the Saint Paul Trust & Savings Bank, formerly Van Sant Trust Company, appealed. Affirmed.

*F. W. Foote,* for appellant.
*Harold Harris,* for respondent.

PER CURIAM.

This is an action to foreclose the mortgage which plaintiffs still have on the land in question, under the circumstances referred to in Lindholm v. Hamilton, which case immediately precedes this.

Plaintiff was adjudged entitled to a foreclosure, but its mortgage was subordinated to the mechanic's lien sustained in the other case. For the reasons indicated therein the judgment here appealed from must be affirmed.

So ordered.

[1] Reported in 198 N. W. 290.